# UNITED STATES DISTRICT COURT

SOUTHERN　　　　　　　DISTRICT OF　　　　　　　CALIFORNIA

### APPEARANCE

Case Number: 08mj1189

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PORFIRIO ORTEGA-RIVERA

I certify that I am admitted to practice in this court.

4/22/2008
Date

/s/ ELIZABETH M. BARROS
Signature

Elizabeth M. Barros/Federal Defenders of SD　　227629
Print Name　　　　　　　　　　　　　　　　　　Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City　　　　　State　　　　　Zip Code

(619) 234-8467　　　(619) 687-2666
Phone Number　　　　　　　　Fax Number