

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PORFIRIO ORTEGA-RIVERA,<br><br>    Defendant. | Criminal Case No. 08CR 1374-JLS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about April 16, 2008, within the Southern District of California, defendant PORFIRIO ORTEGA-RIVERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ruben Armenta-Torres, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 1, 2008.

KAREN P. HEWITT
United States Attorney

*Yara Stingley*
for W. MARK CONOVER
Assistant U.S. Attorney

WMC:mg:San Diego
4/22/08